# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO.: 13-30182-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

RICHARD D. SGARLATA
XXX-XX-3279
VERONICA SGARLATA
XXX-XX-7808

DEBTORS_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING

YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to <u>January 13, 2014</u> at <u>9:00 AM</u> at the United States Federal Bankruptcy Courthouse, 1515 North Flagler Drive, Room 801, Courtroom B, West Palm Beach, FL 33401.

**PLEASE TAKE NOTICE** the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Confirmation Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 20th day of December, 2013.

_/s/ Robin R. Weiner_
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.:  13-30182-BKC-EPK

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
RICHARD D. SGARLATA
VERONICA SGARLATA
6587 WAVERLY LANE
LAKE WORTH, FL  33467

**ATTORNEY FOR DEBTORS**
JOHN A. MOFFA, ESQUIRE
1776 N. PINE ISLAND ROAD
SUITE 222
PLANTATION, FL  33322

**JOHN A. MOFFA, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.